**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JIHAD DHIAB,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civil Action No. 05-1457 (GK)** |
| | : | |
| **GEORGE W. BUSH,** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

## ORDER

Upon consideration of Petitioner's unopposed motion for a stay, it is hereby

**ORDERED**, that this case shall be stayed until such time as Mr. Dhiab is able to consult with counsel in a meaningful way; and it is further

**ORDERED**, that the Protective Order in place in this action shall remain in force during the stay; and it is further

**ORDERED**, that Petitioner shall file a status report every **30 days** regarding any change in circumstances.

January 29, 2009

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**